Doris J. THAMES, a/k/a Doris
Thames, Appellant-Plaintiff,

v.

OKLAHOMA HISTORICAL SOCIETY,
an Oklahoma Corporation; Fred A.
Olds, Appellees-Defendants.

No. 85–2537.

United States Court of Appeals,
Tenth Circuit.

Jan. 29, 1987.

Steven M. Angel of Hughes and Nelson, Oklahoma City, Okl., for appellant-plaintiff.

Thomas R. Williams, Guthrie, Okl. and Michael W. Elliott, Asst. Atty. Gen., State of Okl. (Michael C. Turpen, Atty. Gen., State of Okl., with them on the brief), for appellees-defendants.

Before LOGAN and SEYMOUR,
Circuit Judges, and BROWN, District
Senior Judge.*

sitting by designation.

PER CURIAM.

We have reviewed the records and briefs and considered the arguments advanced by counsel.

We have also examined the Order and Judgment in accordance therewith by the District Court dated September 9, 1985, Dkt. No. 15 in Civil Action 85–1138–E for the Western District of Oklahoma. (646 F.Supp. 13). We have concluded the dismissal was warranted.

We affirm the Judgment of the District Court for the reasons contained in its written Order.